IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RYAN THOMAS BECHARD,

      Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                          Case No. 14-cv-776-wmc

MICHAEL S. STELLICK and
DAVID DITTRICH,

      Defendants.

---

      This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed and dismissing this case as legally frivolous and malicious for the purposes of 28 U.S.C. § 1915(e)(2)(B).


      /s/                                                 11/13/2014

---

      Peter Oppeneer, Clerk of Court                              Date